IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of:

SHIRLEY, ROBERT A.
SHIRLEY, SUSAN R.
               Debtors

JUDGE RUSS KENDIG
Chapter 7
Case No.: 19-62575

**OBJECTION TO EXEMPTION CLAIMED BY DEBTOR ROBERT A. SHIRLEY UNDER 2329.66(A)(3) and 2329.66(A)(18) FOR INSURANCE CLAIM ON STOLEN TRAILER**.

    Now comes Josiah L. Mason, Trustee herein, and objects to the exemption claimed by the Debtor Robert A. Shirley under O.R.C.. 2329.66(A)(3) for the insurance proceeds for the stolen trailer, for the reason that the Trustee does not have sufficient information to determine whether or not said Debtor is entitled to said exemption, and under O.R.C. 2329.66(A)(18) for the reason that the trailer was purchased by Debtor Robert A. Shirley only, and his claim is in excess of the amount allowable under O.R.C. 2329.66(A)(18).

                                          s/s Josiah L. Mason
                                          Josiah L. Mason, Trustee

**CERTIFICATE OF SERVICE**

    I, Josiah L. Mason, Trustee, hereby certify that the foregoing Objection to Exemption was electronically transmitted on or about February 28, 2020 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

    Rebecca K. Hockenberry Rebecca@attyTH.com, Denise@attyTH.com;r62556@notify.bestcase.com
    United States Trustee (Registered address)@usdoj.gov

    And to the following by Ordinary U. S. Mail:
        Robert Shirley, 54-1/2 Marvin Avenue, Apt. 1, Shelby, OH 44875

Susan R. Shirley, 54-1/2 Marvin Avenue, Apt. 1, Shelby, OH 44875

/s/ Josiah L. Mason  
Josiah L. Mason, Trustee